AO 10
Rev. 1/2006

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2005

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| JOHNSON, ALAN B | DISTRICT COURT-WYOMING | 04/30/2006 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| ACTIVE JUDGE, U.S. DIST. COURT | ☐ Nomination, Date<br>☐ Initial  ☒ Annual  ☐ Final<br><br>5b. ☐ Amended Report | 01/01/2005<br>to<br>12/31/2005 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| 2120 CAPITOL AVE., SUITE 2242<br>CHEYENNE, WY 82003 | Reviewing Officer_____ Date_____ |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. FORMER MEMBER (RETIRED) | WYOMING NATIONAL GUARD, CHEYENNE, WYO. |
| 2. CONTINGENT TRUSTEE | LIVING TRUST #1 |
| 3. MEMBER, BOARD OF DIRECTORS | CHEYENNE FRONTIER DAYS |
| 4. MEMBER, ADVISORY BOARD | UNITED MEDICAL CENTER, HOME HEALTH SERVICES |
| 5. MEMBER, BOARD OF DIRECTORS | FEDERAL JUDGES ASSOCIATION |
| 6. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

☒ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

RECEIVED
2006 MAY -8 P 12:22
FINANCIAL DISCLOSURE OFFICE

| Name of Person Reporting | Date of Report |
|---|---|
| JOHNSON, ALAN B | 04/30/2006 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

[X] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[ ] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2005 | Lockheed Martin Corp Master Retirement Trust |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

[ ] NONE *(No reportable reimbursements.)*

| SOURCE | DESCRIPTION |
|---|---|
| 1. FEDERAL JUDGES ASSOCIATION | MAY 13-16 WASHINGTON, D.C., MEETING OF BOARD OF DIRECTORS (MEALS AND LODGING) |
| 2. CHEYENNE FRONTIER DAYS | OCT. 6-8 CENTENNIAL, WY, MEETING OF BOARD OF DIRECTORS (MEALS AND LODGING) |
| 3. AMERICAN COLLEGE OF TRIAL LAWYERS | JULY 8-10 JACKSON, WY, ENVIRONMENTAL LAW SPEECH AT NATIONAL CONFERENCE (MEALS AND LODGING) |
| 4. | |
| 5. | |

| Name of Person Reporting | Date of Report |
|---|---|
| JOHNSON, ALAN B | 04/30/2006 |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

☐ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. AMERICAN COLLEGE OF TRIAL LAWYERS | FRAMED WILDLIFE PHOTOGRAPH | $ 100.00 |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-34 of instructions.)*

☒ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| JOHNSON, ALAN B | 04/30/2006 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. AMERICAN NATl.BANK | A | Interest | M | T | | | | | |
| 2. UNITED SERVICES AUTO ASSN | A | Int | J | T | | | | | |
| 3. WYOMING DEFERRED COMPENSATION | C · | Int | M | T | | | | | |
| 4. First Interstate Bank | A | Interest | L | T | | | | | |
| 5. Excel Energy, Inc. | B | Dividend | K | T | | | | | |
| 6. Wells Fargo Bank | A | Interest | J | T | | | | | |
| 7. | | | | | | | | | |
| 8. | | | | | | | | | |
| 9. | | | | | | | | | |
| 10. | | | | | | | | | |
| 11. | | | | | | | | | |
| 12. | | | | | | | | | |
| 13. | | | | | | | | | |
| 14. | | | | | | | | | |
| 15. | | | | | | | | | |
| 16. | | | | | | | | | |
| 17. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| JOHNSON, ALAN B | 04/30/2006 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

Cheyenne Frontier Days is a non-profit corporation that organizes and sponsors and week-long western celebration and rodeo for the benefit of the community. Through the Old West Museum it also seeks to collect and preserve historical material from this region as well as a collection of historical carriages and period clothing. The Board of Directors reviews the operation and management of the organization to insure that the mission and objectives are followed.

United Medical Center is the local hospital organization. The provision of nursing and care services to patients in their homes is one of the services provided through United Medical Center. As part of the concern for the quality of patient care members of the public as well as medical professionals have been placed on an advisory board, which meets periodically.

The Federal Judges Association is an organization composed of Federal Judges. Its objectives are to seek to improve the salary, benefits, and working conditions of the Federal judiciary through educational programs, support of legislative initiatives and working closely with the Administrative Offices of United States Courts. The organization is supported by the voluntary payment of dues by its members. I am currently the representative from my circuit on the board and report to the judges in my circuit.

I have deleted Living Trust #1 from VII Investments and Trusts because it is a financial vehicle that was during the reporting period solely under the control of ███ ███ It contained financial interests that are the sole financial interests and responsibility of ███ No portion of the trust is derived from my assets, income or activities or those of ███ I have no knowledge of the financial transactions other having been told that it was created and what the approximate value is. During the reporting period I did not derive or expect to derive a benefit from the trust.

The American College of Trial Lawyers is a national organization of lawyers, who are dedicated to support and improve courts in the United States and to maintain high standards of professional conduct within the practice of law. Among the many activities under the auspices of the organization is an annual meeting which was held in July, 2005 at Grand Teton National Park, Jackson, Wyoming. I was invited to attend and speak at the conference on environmental issues confronting the federal court in Wyoming and the region. A framed wildlife photograph was presented to each of the speakers.

| Name of Person Reporting | Date of Report |
|---|---|
| JOHNSON, ALAN B | 04/30/2006 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature_____ Date_____4/30/06_____

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544